IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. KLINK, ET AL | CIVIL ACTION |
| VS. | NO. 02-4407 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | |

**ORDER**

AND NOW, this 10th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the Honorable R. Barclay Surrick.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court